AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Edward D. Singletary | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:10-cv-2432-MBS |
| John R. Owens | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This action is dismissed without prejudice and without issuance or service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Margaret B. Seymour, United States District Judge. The court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III.


Date:   April 3, 2012                                             *CLERK OF COURT*


                                                                   s/Debbie Stokes
                                                         *Signature of Clerk or Deputy Clerk*