# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Edward D. Singletary <br> *Plaintiff* <br> v. <br> John R. Owens <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  4:10-cv-2432-MBS <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This action is dismissed without prejudice and without issuance or service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Margaret B. Seymour, United States District Judge. The court accepts the Report and Recommendation of the Honorable Thomas E. Rogers, III.

Date:  April 3, 2012                                            *CLERK OF COURT*

                                                        s/Debbie Stokes
                                                        *Signature of Clerk or Deputy Clerk*